Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kathleen Marin

Plaintiff(s),

v.

Xerox Corporation, Sedgwick Claims Management Services

Defendant(s).

Case No: 3:12-cv-06532-M

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lauren A. Wong, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sedgwick Claims Management Services in the above-entitled action. My local co-counsel in this case is Glenn W. Peterson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 5178 Wheelis Drive<br>Memphis, TN 38117 | 2267 Lava Ridge Ct., Suite 210<br>Roseville, CA 95661 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (901) 844-4441 | (916) 780-8222 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| laurenw@lawrencerussell.com | GPeterson@mpwlaw.net |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 028118.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/25/13

Lauren A. Wong
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren A. Wong is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 24, 2013

~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE
MARIA-ELENA JAMES